

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Edward Lee Whitehead,

\* From the County Court at Law
of Midland County,
Trial Court No. 163747.

Vs. No. 11-19-00006-CR

\* February 21, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.